JS-6.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MICHELLE MULDOON, an individual | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 15-9522 R (KSx) |
| v. | |
| TONGMUN KIM, an individual | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____        _____
Date                                              United States Magistrate Judge

IT IS RECOMMENDED that the Request to Proceed *In Forma Pauperis* be DENIED for the following reason(s):

☒ Inadequate showing of indigency          ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous    ☐ Immunity as to _____
☐ Other: _____

Comments: Plaintiff states she earns $2,000 per month and is presently employed. These resources appear to be adequate to pay the filing fee.

December 11, 2015                          /s/ Karen L. Stevenson
Date                                              United States Magistrate Judge

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

☐ ~~GRANTED~~
☐ DENIED (see comments above). IT IS FURTHER ORDERED that this case is hereby DISMISSED.

12-18-15                                          /s/
Date                                              United States District Judge