1 **Salar Atrizadeh, Esq. (SBN: 255659)**
LAW OFFICES OF SALAR ATRIZADEH
2 9701 Wilshire Blvd., 10th Floor
Beverly Hills, CA 90212
3 Telephone:  310-694-3034
Facsimile:   310-694-3057
4 Email:        salar@atrizadeh.com

5 Attorneys for Plaintiff
MICHELLE MULDOON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHELLE MULDOON, an individual, | Case No.:  2:15-cv-09522-R(KSx) |
| Plaintiff, | |
| v. | **PLAINTIFF'S REQUEST TO RE-OPEN CASE** |
| TONGMUN KIM, an individual, and DOES 1-10, inclusive, | |
| Defendants. | |

---

1
**PLAINTIFF'S REQUEST TO RE-OPEN CASE**

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, FOR THE CENTRAL DISTRICT OF CALIFORNIA, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

In response to the dismissal of the above-captioned case, under <u>Docket No.: 8</u>, that was filed on December 18, 2015, Plaintiff hereby requests from this Honorable Court to re-open the case. Upon approval of this request, Plaintiff shall pay the required fee in order to re-open the case and continue with the prosecution of this action.

Furthermore, Plaintiff hereby requests from this Honorable Court to retain the same case number, if possible, in order to avoid confusion.

Dated: December 18, 2015     **LAW OFFICES OF SALAR ATRIZADEH**

By:   /s/  Salar Atrizadeh
      SALAR ATRIZADEH, ESQ.
      Attorneys for Plaintiff
      MICHELLE MULDOON